# UNITED STATES COURT OF APPEALS FOR THIRE CIRCUIT

No. 15-3289

Hartig Drug Co., Inc.   vs.   Senju Pharmaceutical Co. Ltd.

Calendar Date: June 13, 2016        Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: J. Clayton Athey, Esq.

Designation of Arguing Counsel: Brent W. Landau, Esq.

Member of the Bar:   ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)   ☑ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Hartig Drug Co., Inc.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)